IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2019 AUG 19 PM 4: 21
CLERK'S OFFICE
AT BALTIMORE
BY_____DEPUTY

| | | |
|---|---|---|
| RUTH AKERS, et al. | * | |
| Plaintiffs, | * | |
| v. | * | Civil Action No. RDB-18-1797 |
| MARYLAND STATE EDUCATION ASSOCIATION, et al. | * | |
| | * | |
| Defendants. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED ORDER

For the reasons stated in the Memorandum Opinion of April 18, 2019 (ECF No. 110), and pursuant to the Consent Order (ECF No. 118), it is this 19th day of August 2019, ORDERED that:

1. State-Defendants' Motion to Dismiss Amended Complaint (ECF No. 74) is GRANTED.

2. Motion to Dismiss Amended Complaint of Defendants Maryland State Education Association, Teachers' Association of Baltimore County, Teachers' Association of Anne Arundel County, and National Education Association (ECF No. 75) is GRANTED.

3. Plaintiffs' declaratory and injunctive claims are DISMISSED AS MOOT.

4. Plaintiffs' claim for a refund of fees under 42 U.S.C. § 1983 is DISMISSED WITH PREJUDICE.

5. All remaining federal-law claims in Plaintiffs' Amended Complaint (ECF No. 59) are DISMISSED WITH PREJUDICE.

6. The remaining state-law claims in Plaintiffs' Amended Complaint (ECF No. 59) are DISMISSED WITHOUT PREJUDICE.

7. The Clerk of this Court shall transmit a copy of this Memorandum Order to Counsel of record.

8. The Clerk of Court shall CLOSE this case.

*/s/ Richard D. Bennett*
Richard D. Bennett
United States District Judge